COMMON PLEAS COURT
WARREN COUNTY, OHIO
FILED

2023 JUN 13 AM 8:44

JAMES L. SPAETH
CLERK OF COURTS

## IN THE COURT OF COMMON PLEAS
### WARREN COUNTY, OHIO

| | |
|---|---|
| Shane and Nicola Young <br> 2552 Devon Ave. <br> Maineville, OH 45039 <br><br>                          **Plaintiff,** <br><br> -v- <br><br> American Pool Supply, LLC <br> Registered Agent: Justin Waggoner <br> 265 N Keeneland Dr <br> Richmond, KY 40475 <br>                         **Defendant.** | ) Case No. 23CV96230 <br> ) <br> ) Judge       ~~JUDGE TEPE~~ <br> ) <br> ) <br> ) COMPLAINT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

COMES NOW Shane and Nicola Young ("Plaintiffs"), by and through undersigned

counsel, and for their Complaint for violations of the Consumer Sales Practices Act and Breach

of Contract against Defendant American Pool Supply, LLC ("Defendant") states as follows:

### Parties and Venue

1.  That Plaintiffs are a married couple who reside is in Warren County, Ohio;

1

2.  That Defendant is an Kentucky limited liability company with a principal place of business in Richmond, Kentucky,

3.  That the controversy between the parties arose in Warren County, Ohio;

## Factual Allegations Common to All Counts

4.  That on or about July 6, 2021 Plaintiffs and Defendant entered into a contract for Defendant to complete construction work at the Plaintiffs' home, specifically to install an in ground pool at the Plaintiffs' personal residence. Exhibit 1;

5.  That Defendant is in the business of selling and performing home construction services and therefore is a supplier under the Consumer Sales Practices Act ("CSPA");

6.  The Plaintiffs engaged the Defendant to complete a service that was for was for personal, family and household purposes and therefore the Plaintiffs are consumers under the CSPA;

7.  Plaintiffs paid to Defendant the total amount of $201,324.52 to install the pool and related hardscape at their property;

8.  The pool was to be dug to a depth of 8 feet;

9.  The Defendant warranted in their contract that the Defendant would "install the swimming pool in a good and workmanlike manner."

10. Defendant further warranted that Defendant would warrant the installation job "against defects in installation for a period of one (1) year from the date of completion."

11. Defendant's permit for the installation of the pool called for a depth of 8 feet inside the pool; Exhibit 2.

12. Defendant orally represented to the Plaintiffs that the minimum depth would be 8 feet, stating "nobody wants it to be less."

2

13. Plaintiffs asked if a diving board could be installed and the Defendant stated that "Yes a diving board can be added at anytime."

14. A pool must be at least 8 feet deep to have a diving board.

15. The Defendant failed to install the pool per the terms of the contract.

16. The deepest part of the pool is only 7 feet 2 inches, with much of the deep end of the pool being less than 7 feet deep;

17. Due to the pool being significantly less deep than promised, the Plaintiffs are unable to enjoy the pool as intended;

18. In addition to the failure to dig the correct depth of the pool, the Defendant also failed to install all 5 lights called for in the contract.

19. That the Plaintiffs have made demand upon the Defendant to repair the defective work under the express written warranties.

20. That the Defendant has failed to honor that warranty.

21. That the Plaintiffs have been damaged by the actions of the Defendant;

## FIRST CLAIM

### (CSPA violation for failure to provide work in a workman like manner)

22. That Plaintiffs incorporate the prior paragraphs as if fully rewritten;

23. That Defendant has committed a deceptive act or practice in violation of R.C. 1345.02-1345.04 by failing to provide the work promised in the contract in a workman like manner and then failing to correct such work after being given notice by the Plaintiffs;

24. As a direct and proximate result of Defendant's actions Plaintiffs have suffered damages in an amount in excess of $25,000.00 to be proven at trial;

25. That a state court of Ohio has found this action to be unfair, deceptive or unconscionable, and that decision has been made available for public inspection in the Ohio Public Inspection File and therefore the Plaintiffs are entitled to treble damages;

26. That the Plaintiffs are entitled to non-economic damages in the amount of $5,000.00;

27. That the Defendant has knowingly committed these acts or practices in violation of the CSPA and therefore the Plaintiffs are entitled to an award of reasonable attorney's fees;

### SECOND CLAIM

### (CSPA violation for failing to honor warranty)

28. That Plaintiffs incorporate the prior paragraphs as if fully rewritten;

29. That Defendant has committed a deceptive act or practice in violation of R.C. 1345.02-1345.04 by warranting that the work would be completed per the specifications of the contract and failing to honor said warranty;

30. As a direct and proximate result of Defendant's actions Plaintiffs have suffered damages in an amount in excess of $25,000.00 to be proven at trial;

31. That a state court of Ohio has found this action to be unfair, deceptive or unconscionable, and that decision has been made available for public inspection in the Ohio Public Inspection File and therefore the Plaintiffs are entitled to treble damages;

32. That the Plaintiffs are entitled to non-economic damages in the amount of $5,000.00;

33. That the Defendant has knowingly committed these acts or practices in violation of the CSPA and therefore the Plaintiffs are entitled to an award of reasonable attorney's fees;

### THIRD CLAIM

### (Breach of Contract)

34. That Plaintiffs incorporate the prior paragraphs as if fully rewritten;

35. That the Plaintiffs and Defendant contracted for construction work at Plaintiffs' home.

36. That the Defendant has breached the contract by failing to install the pool as contracted for in the contract;

37. As a direct and proximate result of Defendant's actions Plaintiffs have suffered damages in an amount in excess of $25,000.00 to be proven at trial;

**WHEREFORE**, Plaintiffs pray for judgment in their favor and against Defendant, for damages in the amount an amount to be proven at trial, together with pre and post judgment interest at the maximum statutory rate; for the damages from the CSPA claims to be tripled, for non-economic damages in the amount of $5,000, for reasonable attorney fees, costs, and such other and further relief that this Court deem just and equitable.

Respectfully submitted,

/s/Michael S. Spillane
Michael S. Spillane; 0091769
Cornetet, Meyer, Rush & Stapleton
123 Boggs Lane
Cincinnati, Ohio 45246
(513) 771-2444
(513) 771-2447 (facsimile)
mspillane@cmrs-law.com
Attorney for Plaintiff

**PRAECIPE TO CLERK**
**(Request for Service by Certified Mail)**

Please serve the named Defendant by Certified Mail at the address listed in the case caption. If certified mail fails, then the Plaintiff requests service by ordinary mail.

/s/Michael S. Spillane
Michael S. Spillane; 0091769



# SHOTCRETE POOL QUOTES 2021





# SWIMMING POOL CONTRACT

Contact Information:

Justin Waggoner (Owner): 937-212-8019

Morgan Brown (VP) 859-447-4902





EXHIBIT

/

*Leave It To Us⋯ Just Swim & Relax!*



# SHOTCRETE POOL QUOTES 2021



## SCOPE OF WORK (Standard):

*\*Note: (Disclaimer) All pool projects and installations are custom to your backyard specifically. We as pool professionals try to do our best and hold ourselves to the highest level of proper pool installation. The scope of work is based on your needs that need to be addressed for a proper installation.*

## Home owner is responsible for the following:

1. First day of digging: homeowner must be present to sign off on Pool layout in yard for placement of pool.
2. Purchasing and installing a Fence to proper code specs: Fence must be 48" or taller (our fences are 55")
3. Electrical Installation over 10 feet from source, will be paid in addition to our standard instillation fee.
4. Insurance: Home Owner is responsible for contacting their insurance agent: We recommend John Rader Kentucky Farm Bureau



DESCRIPTION

3D Rendering



# SHOTCRETE POOL QUOTES
# 2021





Leave It To Us··· Just Swim & Relax!



# SHOTCRETE POOL QUOTES 2021





Equipment Pad Location

In Backyard in front of driveway

| Qty | NOTED ITEM | | DESCRIPTION | Yes or No |
|---|---|---|---|---|
| | Utilities To Be Aware Of? | | | NO |
| | | Details: | | |
| | Septic System? | | | NO |
| | Location? | Details: | | |
| | Hauling Dirt Off Property? | | | YES |

SL M

Leave It To Us⋯ Just Swim & Relax!　　　　4



# SHOTCRETE POOL QUOTES 2021



|  |  | As needed |  |
|---|---|---|---|
| Access Point to Project? |  |  |  |
|  | Location | Details: down driveway |  |
| Retaining wall needed? |  |  |  |
|  |  | Yes, above and below pool |  |
|  |  |  |  |
| SPECIAL COMMENTS: |  | Details: |  |

## *QUOTE REFLECTS POOL BELOW*

| Qty | ITEM | DESCRIPTION | PRICE |
|---|---|---|---|
| Pool Size and Depth |  |  |  |
| 1 | Concrete | 18x36 Rectangle w/auto cover box | Included |
| Items Included In Pool Packaged Price |  |  |  |
| 1 | Pool Permit |  | included |
|  | AP&S Install Pool | Installation of pool by professionals #PoolGuys | included |
| 1 | 3D Rendering | The CAD drawing pool you have signed off on | included |
| 2 | Skimmer | - Concrete Pool Skimmer<br>- Color of Skimmer Lids & Returns: WHITE / GRAY / BLACK | included |
| 5 | LED Lights | 1.5in lights on side of the pool<br>WiFi capable | included |
| 1 | Hayward Omni | - Variable speed pump<br>- Energy saving<br>- WiFi capabilities | included |

Leave It To Us... Just Swim & Relax!     5



# SHOTCRETE POOL QUOTES
# 2021



| 1 | | Filter &Media | We install "GLASS" as your filter media vs sand. It cleans between 10 – 15 microns, meaning a much cleaner pool. | included |
|---|---|---|---|---|
| | | Plumbing Equipment | | included |
| 8 | | Maintenance Items | - Brush <br> - Pole <br> - Net <br> - Vacuum <br> - Vacuum hose <br> - Vacuum head <br><br> - Start-Up Chemicals (Which only last 7 days and you will need to purchase your own chemicals for regular maintenance. We will provide you with the information on your pools proper program.) | included |

**Pool Deck Details**

| | | | | |
|---|---|---|---|---|
| | | Flat work / Pool Deck / Pavers | - Broom / Stamp / Paver Selection <br> - Total Square Footage: | 912 sqft |
| | | Coping | - Style: <br> - Marble Type: ? <br> - Travertine Type: X <br> - Limestone Type: ? | Included |
| | | Deck Drains | - Gray / Tan / White ? <br> - / 6 foot section of drain | If Needed |

**Salt System: Sanitizer**

| | Salt System | - | included |
|---|---|---|---|

**Heater/s**

| | Heat Pump | | |
|---|---|---|---|
| | Heater (Gas) | | Included |
| | Heater (Propane) | | |

Leave It To Us··· Just Swim & Relax!    6



# SHOTCRETE POOL QUOTES
# 2021





| Automatic Pool Cleaner | | |
| --- | --- | --- |
| Robotic Cleaner | | |
| | Deck jet | $ |
| Sheer Decents | | |
| 3 | 2' | |

| Automatic Pool Cover | | |
| --- | --- | --- |
| Safety & Convenience | Size of pool 18x38 | $5000-$7000 |

| Ledge Loungers | | |
| --- | --- | --- |
| Signature Chaise Deep | | |

| GRAND TOTAL | $180,892 |
| --- | --- |



# SHOTCRETE POOL QUOTES 2021



## AMERICAN POOL & SPA
## 2013 MERCHANT DR. STE #4 RICHMOND, KY 40475
## IN-GROUND POOL CONSTRUCTION CONTRACT

NAME: _____ Shane Young _____ PHONE #: 513-236-6918 _____

ADDRESS: 2552 Devon Ave _____

C/S/Z: _____ Warren, OH, 45039 _____

This contract made and entered into the undersigned parties confirms our agreement to install a new In-ground pool with the following described goods herein set forth.

## CONTRACT PRICE (DEPENDS ON POOL SIZE)

CONTRACT PRICE: $180,892 _____

_____ (signature)

OWNER

30% DOWN DEPOSIT: $54,267.60 _____

_____ (signature)

OWNER

POOL Shell Installed: $23,515.96 _____
Concrete in the Ground 13%

POOL Plumbing: $23,515.96 _____
Pool Plumbing & Backfilled 13%

Deck Complete: $23,515.96 _____          DATE: 7-6-21
Deck installed around pool 13%

Pool Equipment Installed: $23,515.96 _____
Pool Equipment running 13%

Plaster Installed:
Interior finish installed 13%    $23,515.86 _____

Pool School: $9,044.60 _____
5%

Leave It To Us··· Just Swim & Relax!          8



# SHOTCRETE POOL QUOTES 2021



**Pool Choice: 18x38 Shotcrete Pool w/auto cover**

## INSTALLATION CONTRACT: AMERICAN POOL SUPPLY, LLC and Buyer/homeowner.

The Installer is responsible only for the proper installation of the swimming pool. The parties agree that each will assume the obligation and responsibilities set forth hereafter. Many matters have to do with your property and only you can make the decisions. We want to minimize the problems and be sure that you are satisfied.

A. THE BUYER'S COVENANTS, WARRANTIES AND REPRESENTATIONS

1. OWNERSHIP AND ZONING: Buyer warrants that he owns and until the pool is fully paid for, will continue to own the premises where the pool has been or is to be installed; further, that there are no zoning limitations or deed restrictions preventing the performance of this Contract.

2. PERMITS: (INCLUDED) Pool Building and Electrical. AMERICAN POOL SUPPLY, LLC will apply, pay for, obtain and deliver before construction begins, any other necessary building and related permits will fall on the Buyer/homeowner.

3. DELAYS: Installation price subject to change if Buyer delays agreed starting date for installation by more than fifteen (15) days. If the Buyer changes the scope of work they will be responsible to pay the extra cost.

4. POOL LOCATION: The Buyer/homeowner will be responsible for location of the pool. Buyer/Homeowner must stake out, flag, or spray paint the location of the pool and/or allow AMERICAN POOL SUPPLY, LLC team layout the pool location. Buyer/Homeowner MUST be present on the first day of digging to SIGN OFF on location of the pool! Buyer/Homeowner is solely responsible for making certain that the location does not violate building restrictions such as setback, or sideline guides, utility lines or other zoning, swimming pool or construction ordinances or regulations of the state or local authorities.

5. DRAINAGE AND RETAINING WALL: The homeowner is responsible for drainage around the pool and damages caused to the pool due to drainage problems including sand washout and sink holes. Excavating may require a retaining wall and or a drainage system. The homeowner is responsible for making the decision on the retaining wall and/or drainage system and for the cost of each.

6. ADDITIONAL CHARGES: The Buyer represents that the ground in the pool area may be excavated by tractor type backhoe or excavator and agrees that should hard pan, caliche, rock or other material, sand, water, water table or surface water or water seepage be encountered in the excavation requiring the use of stone base, pump, compressor or blasting material, the extra cost will be paid by Buyer

7. SITE PREPARATION: Buyer will clear and prepare site for pool, including removal or protection of trees or other vegetation, fences, pipes, or pipeline or other improvements affected by this construction. If Buyer desires that such work be performed by the installer, the costs of labor and material required will be paid by the Buyer. Should quicksand be encountered, all operation shall cease and this contract shall be cancelled and Buyer will assume and pay all costs incurred by Installer to date.

8. ACCESS: Buyer will provide access to the pool site for construction of the pool and necessary equipment, including a tractor type backhoe/excavator and necessary adjustments and the installer shall not be responsible for any direct, consequential or incidental damages incurred through the use of such access. The homeowner is responsible for any lawn disturbances that the Bobcat or installation equipment & trucks may cause gaining access to the yard and the pool location. Buyer/homeowner is also responsible for any damages that may occur to the neighbor's properties and will be at the homeowners expense.

9. WATER Buyer will fill the pool with water in stages as required for construction. Buyer is responsible for all necessary plumbing and paying for water whether the pool is filled with a water truck or by garden hose.

Leave It To Us··· Just Swim & Relax!                    9



# SHOTCRETE POOL QUOTES 2021



10. KEEP POOL FILLED WITH WATER: The Buyer will keep the pool filled with water at all times and will comply fully with the Installation Manual

11. ELECTRICITY: Buyer will provide for and pay all cost of electrical wiring and grounding

12. ACCELERATION OF PAYMENT: In the event that the Buyer transfers or encumbers the premises upon which the pool is installed or any part thereof or should said premises or any part thereof be destroyed or damaged by fire or otherwise, or the Buyer shall default in the performance of their obligations under this Contract, the entire unpaid balance hereunder shall become due and payable forthwith.

13. INSURANCE: Buyer shall be responsible for and carry liability insurance for any consequential or contingent damages including but not limited to any damage or injury to any person or property other than the gross

negligence of Installer or Installer's agents. Homeowner MUST report to the insurance company if they have or have had a diving board installed.

14. OWNERSHIP: AMERICAN POOL SUPPLY, LLC does its best to teach the homeowner how to properly care for the pool and equipment. It is ultimately the homeowner's responsibility to follow the manufacturer's instructions for the proper care and maintenance, winter and summer, of the pool and equipment. Once the pool installation is completed, the pool and equipment become the property and responsibility of the homeowner.

TO BRIEFLY SUMMARIZE, the following items shall be the sole responsibility of the Buyer: location, grading, fill, change of grade, landslide, setting of land, landscaping, concrete work, side-walks, fencing, lawns, shrubbery, driveways or patios, electrical wiring and grounding, drains around the pool area, plumbing, building permits, zoning and zoning changes

B. INSTALLER'S COVENANTS, WARRANTIES AND REPRESENTATIONS

1. INSTALLATION: Installer agrees to install the swimming pool in a good and workmanlike manner subject to the fulfillment of the Buyer's responsibilities under this Contract.

2. LIMITED WARRANTY.

(a) Installer warrants the swimming pool installation job against defects in installation for a period of one (1) year from the date of the original completion of the installation of the swimming pool. The installation warranty does not apply to holes or slices to plumbing. If plumbing is holding and no leaks for 48 hours it is the home owner's responsibility to pay for the full repair cost.

(b) This warranty extends to the original pool owner only.

© No claim may be filed under this warranty and no obligation to make adjustments hereunder will accrue while the Buyer is in default of payment or other responsibilities set forth herein. No warranty can be claimed unless all contracts are paid in full and agreed in this contract.

(d) The swimming pool and all materials, assemblies or units such as filters, liners, heaters, pumps, motors, etc. and standard fittings or accessories purchased by the Buyer for use in connection with the swimming pool are subject to and carry the manufacturer's warranty only.

Water chemistry is extremely critical to maintain safe and healthy water and protect the surface finish of your pool. To protect the surface finish, you must maintain proper water balance and sanitation levels at all times. Review the factors listed below and maintain the following levels.

Chlorine Residual – 1.0 to 3.0 ppm

pH Level – 7.2 to 7.6

Total Alkalinity – 80 to 120 ppm

Calcium Hardness – 200 to 400 ppm

Cyanuric Acid (chlorine stabilizer) 30 to 50 ppm

Metals – 0 ppm

TDS-Less than 1500 ppm

SI-Saturation Index – (-0.3 to +0.3) Ideal is O. (If you have a salt system, your saturation index should be between (-0.2 to 0.2) to account for the additional corrosive characteristics of salt)

Salt 2700 to 3400 ppm (Only necessary if using a salt generator.)

This list is not a conclusive list of chemicals that affect water chemistry.



# SHOTCRETE POOL QUOTES 2021



(f) If a manufacturer's warranty applies to any of the equipment that came in with the pool package or were purchased in addition to the pool package, AMERICAN POOL SUPPLY, LLC will provide on-site labor at no charge within the first month. After the first month, homeowner will be charged the going hourly rate for a service call it is the homeowner's responsibility to pay AMERICAN POOL SUPPLY, LLC for time and material on all equipment for the repair. Labor will be provided at no charge for the in-house repair for a period of one year.

(g) AMERICAN POOL SUPPLY, LLC cannot be held responsible and is held harmless for acts of God and/or unforeseen circumstances and no warranty is made with respect to pin holes in the liner caused by termites or other insect infestations.

---

(h) AMERICAN POOL SUPPLY, LLC cannot be held responsible and is held harmless for acts of God and/or unforeseen circumstances and no warranty is made with respect to ice damage due to freezing or winter temperatures, wind damage, damage due to heavy snowfall or vandalism.

(i) No warranty is made with respect to wood decking or wood supports.

(l) No warranty is made with respect to KARST Activity.

**ROCK & KARST ACTIVITY CLAUSE**: KARST ACTIVITY is a topography formed from the dissolution of soluble rocks such as limestone, dolomite, and gypsum. It is characterized by underground drainage systems with sinkholes and caves. We highly recommend having a Geotechnical Engineer (Thoroughbred Engineering Darren # 859-509-4007) This Company can analyze your backyard for a small fee. Homeowner will have to pay all the expenses and cost of a Geotechnical Engineer. No matter what part of the project beginning, middle or end of the pool install the homeowner will be responsible for paying for all expenses & cost associated with any KARST Activity issues while the project is going on. Homeowner will be responsible for any repair cost associated with KARST Activity issues.

(ADDITIONAL COST AT BUYERS/HOMEOWNERS EXPENSE IF WE HIT ROCK, KARST ACTIVITY and/or EXCAVATION COST)

+ $185 / hour
+ Equipment rental time
+ Material Cost
+ Cost of additional materials (if needed to add support around/ within pool to ensure proper installation, only relevant if unforeseen issues arise once the digging process has begun.) ***This can be avoided if you have contacted and hired the engineering company listed above.
+ Haul fees for Rock removal, water or debris, ect. Whatever is needed to properly install the swimming pool.

Four major factors may affect land excavation prices.

1) The size of the total area
2) Terrain & soil composition
3) Excavation needs
4) Type of equipment to complete the job

All jobs will be priced based on "Time & Material" and dictated by American Pool & Spa for all the following examples and not limited too.

- Preparation for pool dig & retaining wall
- Land cleaning
- Tree removal
- Dirt being relocated on property
- Hauling dirt off property
- Cut & fill
- Hammering rock
- Rock being relocated on property
- Hauling rock off property

*Not limited to what needs to get the job completed.



**L**eave It To Us··· Just Swim & Relax!

11



# SHOTCRETE POOL QUOTES
# 2021



Hourly Rates are as follows: (*Note: All prices & equipment cost is determined by American Pool & Spa to be able to complete the job.)
- Bobcat/skid steer: $95/hour
- Excavator: $135/hour
- Dump Truck: $110/hour
- Skid Steer w/Brush cutter: $135/hour

owner is responsible to pay for the following due to their access. AP&S will not be held responsible for the cost of any damages.
- Clean up of yard/side-yard: T&M (Time & Materials)
- Sidewalks: Homeowner responsible & must pay to repair
- Driveways: Homeowner responsible & must pay to repair
Homeowner responsible if any underground utilities are damaged.

C. EXCLUSION OF WARRANTIES: THE WARRANTY CONTAINED IN PARAGRAPH B.2(a). ABOVE IS EXPRESSLY IN LIEU OF ANY OTHER EXPRESS OR IMPLIED WARRANTIES, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

D. REMEDIES: The Buyer's sole and exclusive remedy against the Installer shall be the repair of any defect in installation as provided for above. No other remedy, including, but not limited to, incidental or consequential damages shall be available to Buyer

E. FORCE MAJEURE: The period of time during which the Installer is delayed or prevented from installing the swimming pool due to circumstances beyond its control, including but not limited to, labor disputes, fire, explosion, floods, acts of God, breakdown of other machinery, governmental prohibitions or regulations, inability or difficulty in obtaining materials, inclement weather conditions or other conditions beyond the Installer's control shall be added to the Installer's time for performance, and the Installer shall have no liability by reason thereof

F. COMPLETION OF INSTALLATION: Use of the swimming pool by the Buyer, his family or guests shall constitute conclusive evidence that the swimming pool is in all respects satisfactory and that the installation has been fully and satisfactorily completed

G. NO REPRESENTATIONS: This Contract constitutes the final expression of the agreement between Buyer and the Installer and is a complete and exclusive statement of that agreement. All prior dealings, conversations negotiations, agreements and understandings of every kind, nature and description have been merged and are superseded by this Contract, and no representation, warranty or understanding of any kind exists or shall be binding on either party unless incorporated in writing in this Contract, the 'On Site Customer Orientation', the 'On-Site Inspection' and the 'Excavation Contract'.

H. SAFETY: The contractor AMERICAN POOL SUPPLY, LLC shall not be responsible to the homeowner for any damages arising out of the misuse of the provided under the contract.

I HAVE READ THIS INSTALLATION CONTRACT AND AGREE TO THE ABOVE TERMS AND CONDITIONS. FURTHER, I HAVE BEEN ADVISED AND AM FULLY AWARE THAT DIVING OR JUMPING INTO THE SWIMMING POOL IS DANGEROUS AND CAN RESUL T IN SERIOUS INJURY AND I WILL WARN THOSE USING THE SWIMMING POOL OF THIS DANGER. DO NOT JUMP OR DIVE!

I. PAY FULL CONTRACT PRICE & LAWYER FEES: By signing this contract homeowner(s) agreed to pay full contract amount and any applicable legal fees if signor or signees should not fulfill contractual obligations. The amount agreed is owed to American Pool & Spa (AP&S) upon completion of said work. American Pool & Spa (AP&S) reserves the right to place any and all available mechanics liens to property if homeowners do not pay at completion of agreed scope of work. Homeowner(s) / property owners are responsible for all legal fees associated

Leave It To Us··· Just Swim & Relax!     12



# SHOTCRETE POOL QUOTES
# 2021



with obtaining contract amount. If legal action has to be taken, then all legal actions will be held in the court of law in Madison County Kentucky where American Pool & Spa is located.

IN WITNESS WHEREOF, and intending to be legally bound hereby the parties hereto have executed this Contract the day and year written opposite their names below.

**SURFACE.** Interior finish is guaranteed for 1 year for instillation defects. The material is warrantied by the manufacturer for a limited time thereafter.

Water chemistry is extremely critical to maintain safe and healthy water and protect the surface finish of your pool. To protect the surface finish, you must maintain proper water balance and sanitation levels at all times. Review the factors listed below and maintain the following levels:

Chlorine Residual — 1.0 to 3.0 ppm
pH Level - 7.2 to 7.6
Total Alkalinity — 80 to 120 ppm
Calcium Hardness — 200 to 400 ppm
Cyanuric Acid (chlorine stabilizer) 30 to 50 ppm
Metals — 0 ppm
TDS- Less than 1500 ppm
SI -Saturation Index — (-0.3 to +0.3) Ideal is O. (If you have a salt system, your saturation index should be between (-0.2 to 0.2) to account for the additional corrosive characteristics of salt.) Salt -2700 to 3400 ppm (Only necessary if using a salt generator.)

FINISH CHARACTERISTICS NOT COVERED UNDER WARRANTY ARE: DISCOLORATION, FADING, WHITENING, STAINING, YELLOWING, MINERAL DEPOSITS, CALCIUM SCALE, COLOR VARIATION AND HAIRLINE CRACKS. Maintenance Manual.

**STRUCTURAL:** 1 Year Workmanship Warranty (ACTS of GOD ARE NOT COVERED)

1 year Warranty covers structural integrity of concrete, Plaster, Tile and Coping. Also included is 1 year warranty of settling of Paver decking. Stamped and Brushed concrete are **NOT** covered for cracking.

**HOMEOWNER (PRINT) NAME:** Shane Young        S U      Nicola Young

**HOMEOWNER (SIGNATURE):**

Leave It To Us··· Just Swim & Relax!                    13



# SHOTCRETE POOL QUOTES
# 2021



**DATE:** 7/6/2021

## Materials Sheet

Job: _Young_

Date: _7-6-21_

Deck:     Brushed   (Stamped)   Paver

Drain Color: White   Grey   (Tan)

Water line Tile: _____

Grout Color: White   Grey   Tan

Interior Finish: _____

Step Marker Tile: Yes or (No)

Wall Block: _Tan_ _____

Main Drain and Wall Return Color: White or (Black)

Coping Color: Silver   Ivory   Noche   Blue   (Country Classic)

Dirt Removal: (Yes)  No

_addition outlets on pool deck_

**EXHIBIT**
2

Deerfield Township

## PLANNING AND ZONING DEPARTMENT
### Residential Single-Family Permitted and Accessory Uses

The undersigned applies for a Zoning Certificate for the following use. Said certificate to be issued on the basis of the information contained within this application. If you are not the property owner(s), please include a signed letter from the property owner(s) authorizing you to make this application. The applicant hereby certifies that all information and attachments to this application are complete and accurate, and that the proposed use will be constructed as shown.

### LOCATION OF CONSTRUCTION
2552 DEVON AVE, MAINEVILLE, OH, 45039
Please include address, street, city, and zip code.

| Subdivision | | Lot # | Parcel ID # |
|---|---|---|---|

### CONTACT INFORMATION

| Name | PROPERTY OWNER | CONTRACTOR |
|---|---|---|
| Name | SHANE YOUNG | MORGAN BROWN ★ |
| Company | | AMERICAN POOL & SPA |
| Address | 2552 DEVON AVE | 2013 MERCHANT DR #4 |
| City, State, Zip | MAINEVILLE, OH, 45039 | RICHMOND, KY, 40475 |
| Phone | 513-236-6918 | ★ 859-447-4902 ▲ |
| Fax | | 859-623-0124 |
| Email | NICOLA@POWERLAPPS911.COM | MORGAN@AMERICANPOOLANDSPAKY.COM |

### TYPE OF CONSTRUCTION

- ☐ New Single Family
- ☐ Detached Garage
- ☐ Shed
- ☐ Carport
- ☐ New Two-Family
- ☐ Deck
- ☐ Sunroom
- ☐ Gazebo
- ☐ Addition
- ☑ Pool
- ☐ Patio
- ☐ Other

ZONING INSPECTOR
JUL 20 2021
DEERFIELD TOWNSHIP

RECEIVED
JUL 17 2021
ZONING DEPARTMENT

### DESCRIPTION
Explain Use in Detail (please include square footage and intended use)

- CONCRETE SWIMMING POOL
- SqFt: 684 SqFt
- HEIGHT: -8 (8' DEPTH INSIDE OF POOL)

3 panel Spl. Trail Fence 48"
w/wire

### PLEASE REVIEW AND CHECK THE FOLLOWING (Application will not be processed unless completed)

- ☑ I have attached a survey stamped by a registered surveyor showing the dimensions of the lot, all front, side and rear yard setbacks, and the footprint of the primary and accessory structures, proposed and existing.
- ☑ I understand that downspouts may not be extended underground to the street and through the curb.
- ☑ I understand that sump pump lines must discharge either onto the ground or into an approved sump pump drainage system and may not be extended through the curb.
- ☑ I understand and have shown all items relating to storm water (easements, flood routing and minimum building opening) on the attached plot plan.
- ☑ I understand that it is my responsibility to comply with private deed and/or subdivision restrictions/covenants.

PAID
35
11617

Signature of Applicant _____ Date 7-16-21
Applicant hereby affirms that all information and attachments to this application are complete and accurate.

END OF REPORT