IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHANE YOUNG, *et al.*,

    *Plaintiffs*,

vs.

AMERICAN POOL SUPPLY, LLC,

    *Defendant*.

Case No. 1:23-cv-437

Judge Jeffery P. Hopkins

## ORDER REMANDING CASE TO STATE COURT

This case is before the Court on the parties' Stipulation Regarding Withdraw of Notice of Removal (Doc. 6). The parties agree that this matter shall be remanded back to the Court of Commons Pleas of Warren County, Ohio. Accordingly, in light of the parties' stipulation, this matter is hereby **REMANDED**. The Clerk is **DIRECTED** to close this case.

    **IT IS SO ORDERED**.

July 20, 2023

Jeffery P. Hopkins
United States District Judge