UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHANE YOUNG, et al.,

        Plaintiffs,

vs.         OUR CIVIL NUMBER: 1:23-cv-437
        Your Case Number: 23CV96230

AMERICAN POOL SUPPLY, LLC,

        Defendant.

## **NOTICE**

TO THE CLERK OF: <u>WARREN COUNTY COURT OF COMMON PLEAS</u>

Effective July 20, 2023, this case is hereby **REMANDED** to your Court for further proceedings.

A certified copy of the order of remand is enclosed for your records.

RICHARD W. NAGEL, CLERK

By: <u>s/ Z. Cothran</u>
    Deputy Clerk

Dated: 7/20/2023